**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| JAMES L. THOMPSON, | |
|     Plaintiff, | Civil No. 19-18729 (RMB/KMW) |
|         v. | **ORDER** |
| GIRARD TELL, et al, | |
|     Defendants. | |

**THIS MATTER** comes before the Court upon a Motion for Default Judgment [Dkt. No. 10], submitted by pro se Plaintiff James L. Thompson on February 14, 2020. In this motion, Plaintiff argues that default judgment is warranted because Defendants have failed to file a timely answer or dispositive pleading. Plaintiff, however, is mistaken. Defendants were granted an extension of time, until February 29, 2020, to respond to Plaintiff's Amended Complaint [Dkt. No. 9] and filed a timely Answer on February 18, 2020 [Dkt. No. 11].

**THEREFORE, IT IS** on this **18th** day of **February 2020**, hereby

**ORDERED** that Plaintiff's Motion for Default Judgment [Dkt. No. 10] is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall **MAIL** a copy of this Order to Plaintiff at: 22 East Redwood Avenue, Pleasantville, New Jersey 08232.

                                        s/Renée Marie Bumb
                                        RENÉE MARIE BUMB
                                        UNITED STATES DISTRICT JUDGE